E-FILED
Friday, 27 March, 2026  03:25:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| THE EXTRADITION OF | ) | Case No. 26-MJ-6404 |
| | ) | |
| JUAN CISNEROS BERMUDEZ | ) | |

ORDER

The Court having received the Complaint filed on February 19, 2026, by John Mehochko, Assistant United States Attorney for the Central District of Illinois, pursuant to the request of the Government of Mexico for the provisional arrest and extradition of JUAN CISNEROS BERMUDEZ;

And further, the Court having held a hearing in open court on March 25, 2026, upon JUAN CISNEROS BERMUDEZ's arrest by the United States Marshals Service, during which Assistant Federal Public Defender Jessica Douglas was appointed to represent JUAN CISNEROS BERMUDEZ;

And further, that during said hearing the Court advised JUAN CISNEROS BERMUDEZ that he is a fugitive sought by the Government of Mexico; that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that a Complaint was filed by the United States Attorney for this judicial district seeking his arrest with a view toward extraditing him to Mexico at the request of Mexican authorities; and that the Court fully advised JUAN CISNEROS BERMUDEZ of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, §§ 3184-3196;

And further, that having been advised of the foregoing, JUAN CISNEROS BERMUDEZ knowingly and voluntarily waived his rights under the extradition treaty and consented to be transported in custody, as soon as possible, to Mexico;

IT IS THEREFORE ORDERED that JUAN CISNEROS BERMUDEZ be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Mexico, to the custody of such authorized representatives to be transported to Mexico to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of JUAN CISNEROS BERMUDEZ, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico.

The Clerk of the Court is directed to forward copies of this Order to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 27th day of March, 2026.

_____
Ronald L. Hanna
United States Magistrate Judge
Central District of Illinois